Susan E. Kirkgaard, SBN: 134915
LAW OFFICES OF JOHN A. BIARD
P.O. Box 64093
St. Paul, Minnesota 55164-0093
Physical Address:
11070 White Rock Road, Ste. 200
Rancho Cordova, CA 95670
Telephone:    916-638-6610
Direct:            916-638-6579
Facsimile:     855-631-5920
EMAIL:         skirkgaa@travelers.com

Attorneys for Plaintiff
NORTHFIELD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION, a Delaware Corporation, TTI, Inc., a wholly owned subsidiary of BERKSHIRE HATHAWAY, INC. dba TECHTRONIC INDUSTRIES NORTH AMERICA, INC., a Delaware Corporation, SAMSUNG SDI CO., LTD. aka SAMSUNG SDI, a Korean Entity and DOES 1-20 inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01505-MCE-DMC<br><br>**STIPULATION AND ORDER FOR FILING FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: July 27, 2020 |

Plaintiff NORTHFIELD INSURANCE COMPANY ("NORTHFIELD") and Defendants MILWAUKEE ELECTRIC TOOL CORPORATION, a Delaware Corporation, ("METCO") a wholly owned subsidiary of TTI Group, submit the following Joint Stipulation and request that the Court grant

- 1 -
STIPULATION AND ORDER FOR FILING FIRST AMENDED
COMPLAINT

1  Plaintiff NORTHFIELD leave to file a First Amended Complaint pursuant to Rule 15(a) of the Federal
2  Rules of Civil Procedure.

3  WHEREAS, Plaintiff NORTHFIELD filed a Complaint in this action on July 27, 2020;

4  WHEREAS, no Defendants have appeared to date in this action;

5  WHEREAS, Plaintiff NORTHFIELD, based upon records available online, sued "METCO"
6  related Defendants as follows:

7  MILWAUKEE ELECTRIC TOOL CORPORATION, a Delaware Corporation, TTI,
8  Inc., a wholly owned subsidiary of BERKSHIRE HATHAWAY, INC. dba
9  TECHTRONIC INDUSTRIES NORTH AMERICA, INC., a Delaware Corporation;

10  WHEREAS counsel for METCO has represented that the correct name-style and ownership
11  designation is "Milwaukee Electric Tool Corp ('METCO'), wholly owned subsidiary of Techtronic
12  Industries Co. Ltd. ("Techtronic")";

13  WHEREAS counsel for METCO has represented that TTI, Inc, as a wholly owned subsidiary
14  of Berkshire Hathaway, has no connection to TTI Group or METCO, and thus should not be named as
15  a party to this action;

16  WHEREAS, Plaintiff NORTHFIELD seeks to amend the Complaint solely to address this
17  ownership allegation as it pertains to the manufacture and distribution of Milwaukee Tools, as follows;
18  MILWAUKEE ELECTRIC TOOL CORPORATION, a Delaware Corporation, a wholly owned
19  subsidiary of Techtronic Industries Co. Ltd. ("Techtronic");

20  WHEREAS, Plaintiff NORTHFIELD'S filing of an amended complaint in the form of the First
21  Amended Complaint attached hereto as Exhibit "A", will not cause undue prejudice to Defendants
22  MILWAUKEE ELECTRIC TOOL CORPORATION; a wholly owned subsidiary of Techtronic
23  Industries Co. Ltd. ("Techtronic");

24  WHEREAS, Defendant MILWAUKEE ELECTRIC TOOL CORPORATION a wholly owned
25  subsidiary of Techtronic Industries Co. Ltd.; Answer to the First Amended Complaint shall be due
26  thirty (30) days after it is served via proof of service via U.S. Mail, and a courtesy copy via e-service
27  upon counsel for METCO.

28

- 2 -

STIPULATION AND ORDER FOR FILING FIRST AMENDED
COMPLAINT

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys that Plaintiff NORTHFIELD may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file a First Amended Complaint in the form of the First Amended Complaint attached hereto as Exhibit A.

Respectfully submitted.

Dated: October 6, 2020       LAW OFFICES OF JOHN A. BIARD

_____
Susan E. Kirkgaard
Attorney for Plaintiff
NORTHFIELD INSURANCE COMPANY

Dated: October _6_, 2020

Casey Law Group

_____
Arthur J. Casey
Attorney for Defendants MILWAUKEE ELECTRIC TOOL CORPORATION, a Delaware Corporation, wholly owned subsidiary of Techtronic Industries Co. Ltd. ("Techtronic")

**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff NORTHFIELD is granted leave to amend to file its First Amended Complaint for Damages, a copy of which is attached hereto as Exhibit A.

IT IS ALSO ORDERED that Defendants MILWAUKEE ELECTRIC TOOL CORPORATION, a Delaware Corporation, a wholly owned subsidiary of Techtronic Industries Co. Ltd.'s ("Techtronic") Answer to the First Amended Complaint shall be due thirty (30) days after it is serviced upon counsel.

IT IS FURTHER ORDERED that the First Amended Complaint for Damages is deemed filed as of the date of this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

Dated: October 16, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE