1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ZAHED AMIN, SB# 253469
2      E-Mail: Zahed.Amin@lewisbrisbois.com
550 West C Street, Suite 1700
3  San Diego, California 92101
Telephone: 619.233.1006
4  Facsimile: 619.233.8627

5  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEC M. RISHWAIN, SB# 322302
6  E-Mail: Alec.Rishwain@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
7  Sacramento, California, 95833
Telephone: 916.564-5400
8  Facsimile: 916.564.5444

9  Attorneys for Defendant SAMSUNG SDI CO., LTD.

10

11                    UNITED STATES DISTRICT COURT

12        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

13

14  NORTHFIELD INSURANCE COMPANY,        Case No. 2:20-cv-01505-MCE-DMC
    an Iowa Corporation,
15                                        **DEFENDANT SAMSUNG SDI CO.,
                                          LTD.'S ANSWER TO PLAINTIFF'S
16              Plaintiff,                FIRST AMENDED COMPLAINT FOR
                                          DAMAGES**
17         vs.
                                          **DEMAND FOR JURY TRIAL**
18  MILWAUKEE ELECTRIC TOOL
    CORPORATION, a wholly owned subsidiary  Action Filed:        October 26, 2020
19  of TECHTRONIC INDUSTRIES CO. LTD.,      FSC Date:            None Set
    an unknown business entity; SAMSUNG SDI Trial Date:          None Set
20  CO., LTD. aka SAMSUNG SDI,  a Korean
    Entity and DOES 1-20 inclusive,
21
22              Defendants.

23

24         Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant Samsung SDI Co.,

25  Ltd. ("Samsung SDI" or "Defendant"), for itself and no others, hereby answers Plaintiff Northfield

26  Insurance Company, an Iowa Corporation's, ("Plaintiff") First Amended Complaint, and each and

27  every material allegation and cause of action purportedly set forth therein, and request for a jury

28  trial as follows:

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

**INTRODUCTION**

2    1.    On October 26, 2020, Plaintiff filed a First Amended Complaint and initiated the

3  following seven causes of action against Samsung SDI:  (a) Negligence; (b) Strict Products

4  Liability Manufacturing Defect; (c) Strict Liability Design Defect – Consumer Expectation; (d)

5  Breach of Implied Warranties of Merchantability; (e) Breach of Implied Warranties of Fitness; (f)

6  Breach of Express Warranty; and(g) Negligence – Manufacturer or Supplier – Duty to Warn.  On

7  June 18, 2021, Plaintiff dismissed with prejudice the following three causes of action against

8  Samsung SDI: (a) Breach of Implied Warranties of Merchantability; (b) Breach of Implied

9  Warranties of Fitness; (c) Breach of Express Warranty

10    2.    Samsung SDI denies, specifically and generally, that Plaintiff sustained any injury,

11  damage or loss, if any, by reason of any act, omission, conduct, misfeasance, malfeasance,

12  nonfeasance, or negligence on the part of Samsung SDI.

13

**ANSWER**

14    3.    Answering paragraph 1 of Plaintiff's First Amended Complaint, Samsung SDI

15  denies the allegations contained therein.

16    4.    Answering paragraph 2 of Plaintiff's First Amended Complaint, Samsung SDI

17  lacks sufficient information and belief on which to either admit or deny the allegations contained

18  therein and on that basis denies the allegations contained therein.

19    5.    Answering paragraph 3 of Plaintiff's First Amended Complaint, Samsung SDI

20  lacks sufficient information and belief on which to either admit or deny the allegations contained

21  therein and on that basis denies the allegations contained therein.

22    6.    Answering paragraph 4 of Plaintiff's First Amended Complaint, Samsung SDI

23  lacks sufficient information and belief on which to either admit or deny the allegations contained

24  therein and on that basis denies the allegations contained therein.

25    7.    Answering paragraph 5 of Plaintiff's First Amended Complaint, Samsung SDI

26  admits that it is a South Korean corporation with its headquarters in South Korea, but denies the

27  balance of the allegations contained therein.

28  / / /


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1    8.      Answering paragraph 6 of Plaintiff's First Amended Complaint, Samsung SDI

2  lacks sufficient information and belief on which to either admit or deny the allegations contained

3  therein and on that basis denies the allegations contained therein.

4    9.      Answering paragraph 7 of Plaintiff's First Amended Complaint, Samsung SDI

5  lacks sufficient information and belief on which to either admit or deny the allegations contained

6  therein and on that basis denies the allegations contained therein.

7    10.     Answering paragraph 8 of Plaintiff's First Amended Complaint, Samsung SDI

8  lacks sufficient information and belief on which to either admit or deny the allegations contained

9  therein and on that basis denies the allegations contained therein.

10    11.     Answering paragraph 9 of Plaintiff's First Amended Complaint, Samsung SDI

11  denies the allegations contained therein.

12    12.     Answering paragraph 10 of Plaintiff's First Amended Complaint, Samsung SDI

13  denies the allegations contained therein.

14    13.     Answering paragraph 11 of Plaintiff's First Amended Complaint, Samsung SDI

15  denies the allegations contained therein.

16    14.     Answering paragraph 12 of Plaintiff's First Amended Complaint, Samsung SDI

17  denies the allegations contained therein.

18    15.     Answering paragraph 13 of Plaintiff's First Amended Complaint, Samsung SDI

19  lacks sufficient information and belief on which to either admit or deny the allegations contained

20  therein and on that basis denies the allegations contained therein.

21    16.     Answering paragraph 14 of Plaintiff's First Amended Complaint, Samsung SDI

22  lacks sufficient information and belief on which to either admit or deny the allegations contained

23  therein and on that basis denies the allegations contained therein.

24    17.     Answering paragraph 15 of Plaintiff's First Amended Complaint, Samsung SDI

25  lacks sufficient information and belief on which to either admit or deny the allegations contained

26  therein and on that basis denies the allegations contained therein.

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    **FIRST CAUSE OF ACTION**

2    **(Negligence)**

3         18.    Answering paragraph 16 of Plaintiff's First Amended Complaint, Samsung SDI

4    incorporates herein by reference each and every allegation set forth in paragraphs 1 to 17 in this

5    Answer as set forth in full.

6         19.    Answering paragraph 17 of Plaintiff's First Amended Complaint, Samsung SDI

7    denies the allegations contained therein.

8         20.    Answering paragraph 18 of Plaintiff's First Amended Complaint, Samsung SDI

9    denies the allegations contained therein.

10         21.    Answering paragraph 19 of Plaintiff's First Amended Complaint, Samsung SDI

11    denies the allegations contained therein.

12         22.    Answering paragraph 20 of Plaintiff's First Amended Complaint, Samsung SDI

13    lacks sufficient information and belief on which to either admit or deny the allegations contained

14    therein and on that basis denies the allegations contained therein.

15    **SECOND CAUSE OF ACTION**

16    **(Strict Products Liability Manufacturing Defect)**

17         23.    Answering paragraph 21 of Plaintiff's First Amended Complaint, Samsung SDI

18    incorporates herein by reference each and every allegation set forth in paragraphs 1 to 22 in this

19    Answer as set forth in full.

20         24.    Answering paragraph 22 of Plaintiff's First Amended Complaint, Samsung SDI

21    denies the allegations contained therein.

22         25.    Answering paragraph 23 of Plaintiff's First Amended Complaint, Samsung SDI

23    lacks sufficient information and belief on which to either admit or deny the allegations contained

24    therein and on that basis denies the allegations contained therein.

25         26.    Answering paragraph 24 of Plaintiff's First Amended Complaint, Samsung SDI

26    denies the allegations contained therein.

27         27.    Answering paragraph 25 of Plaintiff's First Amended Complaint, Samsung SDI

28    denies the allegations contained therein.



DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

28.     Answering paragraph 26 of Plaintiff's First Amended Complaint, Samsung SDI lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies the allegations contained therein.

### THIRD CAUSE OF ACTION

#### (Strict Liability Design Defect – Consumer Expectation)

29.     Answering paragraph 27 of Plaintiff's First Amended Complaint, Samsung SDI incorporates herein by reference each and every allegation set forth in paragraphs 1 to 28 in this Answer as set forth in full.

30.     Answering paragraph 28 of Plaintiff's First Amended Complaint, Samsung SDI denies the allegations contained therein.

31.     Answering paragraph 29 of Plaintiff's First Amended Complaint, Samsung SDI denies the allegations contained therein.

32.     Answering paragraph 30 of Plaintiff's First Amended Complaint, Samsung SDI denies the allegations contained therein.

33.     Answering paragraph 31 of Plaintiff's First Amended Complaint, Samsung SDI lacks sufficient information and belief on which to either admit or deny the allegations contained therein and on that basis denies the allegations contained therein.

34.     Answering paragraph 32 of Plaintiff's First Amended Complaint, Samsung SDI denies the allegations contained therein.

### SEVENTH CAUSE OF ACTION

#### (Negligence – Manufacturer or Supplier – Duty to Warn)

35.     Answering paragraph 58 of Plaintiff's First Amended Complaint, Samsung SDI incorporates herein by reference each and every allegation set forth in paragraphs 1 to 34 in this Answer as set forth in full.

36.     Answering paragraph 59 of Plaintiff's First Amended Complaint, Samsung SDI denies the allegations contained therein.

37.     Answering paragraph 60 of Plaintiff's First Amended Complaint, Samsung SDI denies the allegations contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-0715-3904.1                                5
DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1    38.    Answering paragraph 61 of Plaintiff's First Amended Complaint, Samsung SDI

2  denies the allegations contained therein.

3    39.    Answering paragraph 62 of Plaintiff's First Amended Complaint, Samsung SDI

4  denies the allegations contained therein.

5    40.    Answering paragraph 63 of Plaintiff's First Amended Complaint, Samsung SDI

6  denies the allegations contained therein.

7    41.    Answering paragraph 64 of Plaintiff's First Amended Complaint, Samsung SDI

8  denies the allegations contained therein.

9    42.    Answering paragraph 65 of Plaintiff's First Amended Complaint, Samsung SDI

10  lacks sufficient information and belief on which to either admit or deny the allegations contained

11  therein and on that basis denies the allegations contained therein.

12    43.    Answering paragraph 66 of Plaintiff's First Amended Complaint, Samsung SDI

13  denies the allegations contained therein.

14                          **PRAYER FOR RELIEF**

15    Samsung SDI does not need to answer Plaintiff's Prayer for Relief.  To the extent that any

16  material allegation in the Prayer for Relief is deemed to require an answer, Samsung SDI denies

17  all allegations contained therein.

18                          **AFFIRMATIVE DEFENSES**

19    In further answer to Plaintiff's First Amended Complaint, and by way of separate and

20  additional defenses, Samsung SDI alleges as follows:

21                          **FIRST AFFIRMATIVE DEFENSE**

22                          (Failure to State a Cause of Action)

23  1.    The First Amended Complaint fails to state facts sufficient to constitute a cause of

24  action against Samsung SDI.

25                          **SECOND AFFIRMATIVE DEFENSE**

26                          (Uncertainty)

27  2.    The First Amended Complaint is vague, uncertain, ambiguous and unintelligible.

28  / / /



DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1

**THIRD AFFIRMATIVE DEFENSE**

2

(Assumption of the Risk)

3        3.        Samsung SDI is informed and believes, and upon such information and belief

4   alleges that, Plaintiff had full knowledge of the risks and possible adverse effects pertaining to the

5   product or products that are identified in the First Amended Complaint, and whatever damages

6   and/or injuries, if any, were sustained by Plaintiff, arose from and were caused by such risks, and

7   such risks were accepted and assumed by Plaintiff and for that reason, the action is barred by

8   virtue of the Doctrine of Assumption of the Risk.

9

**FOURTH AFFIRMATIVE DEFENSE**

10

(Statutes of Limitation)

11        4.        Samsung SDI is informed and believes and thereon alleges that the First Amended

12   Complaint, and each cause of action therein, is barred by each and every applicable statute of

13   limitations, including, without limitation, California Civil Procedure Code sections 335.1, 337,

14   338, 339, 340, 340.8, and 343, and California Government Code sections 12960 and 12965(a) and

15   (b).

16

**FIFTH AFFIRMATIVE DEFENSE**

17

(Product Misuse)

18        5.        Samsung SDI is informed and believes, and upon such information and belief

19   alleges that, the injuries and damages, if any, suffered by Plaintiff were due to the unintended,

20   abnormal and/or unforeseeable misuse of the product or products that are identified in the First

21   Amended Complaint by persons, parties, or business entities that were allegedly manufactured,

22   sold, delivered, or supplied by Samsung SDI and therefore, the action is barred against Samsung

23   SDI.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

**SIXTH AFFIRMATIVE DEFENSE**

2

(Estoppel)

3      6.       Samsung SDI is informed and believes, and upon such information and belief

4   alleges that, Plaintiff has engaged in conduct with respect to the series of activities that are the

5   subject of the First Amended Complaint, and by reason of said activities and conduct, is estopped

6   from asserting any claims or damages or seeking any other relief against Samsung SDI.

7

**SEVENTH AFFIRMATIVE DEFENSE**

8

(Waiver)

9      7.       Samsung SDI is informed and believes, and upon such information and belief

10   alleges that, Plaintiff by its actions, conduct, and/or omissions knowingly, voluntarily and

11   willingly waived any rights it might otherwise have had against Samsung SDI.

12

**EIGHTH AFFIRMATIVE DEFENSE**

13

(Laches)

14      8.       Samsung SDI is informed and believes, and upon such information and belief

15   alleges that, some or all of the causes of actions in the First Amended Complaint are barred by the

16   Doctrine of Laches.

17

**NINTH AFFIRMATIVE DEFENSE**

18

(Workers' Compensation Setoff)

19      9.       Samsung SDI is informed and believes, and upon such information and belief

20   alleges that, at the time more specifically alleged in the First Amended Complaint, Plaintiff was in

21   the course and scope of its employment, its employer was insured, or permissibly self-insured, for

22   its liability as employers under the Workers' Compensation Act of the State of California, and that

23   pursuant to said insurance, payments are being made or were made to Plaintiff for compensation

24   for the injuries which are alleged to have resulted from the incident set forth in the First Amended

25   Complaint.  Samsung SDI is further informed and believes, and thereupon alleges, that any and all

26   injuries alleged to have been suffered by Plaintiff, the fact of which is expressly denied by

27   Samsung SDI, were the direct result of, and were contributed to by, the wrongful conduct of

28   Plaintiff's employer, and that said wrongful conduct of its employer included, but was not limited

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  to, the failure to provide Plaintiff with a safe place to work and to provide it with the proper tools,

2  devices and equipment to avoid injuries, and the failure to properly supervise, instruct, and warn

3  Plaintiff of any dangers and hazards attendant to its employment.  Samsung SDI is therefore

4  entitled to a reduction of any judgment or recovery ultimately awarded to Plaintiff by the sum of

5  those amounts paid to Plaintiff or on behalf of Plaintiff's employer pursuant to the Workers'

6  Compensation Act of the State of California.

7  **TENTH AFFIRMATIVE DEFENSE**

8  (Workers' Compensation Preemption)

9       10.    Samsung SDI is informed and believes, and upon such information and belief

10  alleges that, some or all of the claims for damages in the First Amended Complaint are barred by

11  the provisions of California Labor Code sections 3200 of seq., and applicable Workers'

12  Compensation laws, which provide Plaintiff's exclusive remedy, and eliminates any remedy that

13  Plaintiff might have against Samsung SDI.

14  **ELEVENTH AFFIRMATIVE DEFENSE**

15  (Failure to Exhaust Administrative Remedies)

16       11.    Samsung SDI is informed and believes, and upon such information and belief

17  alleges that, some or all of the claims for damages in the First Amended Complaint are barred in

18  that Plaintiff failed to timely or properly exhaust his administrative remedies, including without

19  limitation, remedies under the California Fair Employment Housing Act, Title VII of the Civil

20  Rights Act of 1964, and/or the California Labor Code.

21  **TWELFTH AFFIRMATIVE DEFENSE**

22  (Exclusive Statutory Remedy)

23       12.    Samsung SDI is informed and believes, and upon such information and belief

24  alleges that, some or all of the claims for damages in the First Amended Complaint are barred in

25  that Plaintiff's exclusive remedy is statutory under Government Code sections 12940 et seq., and

26  there is no common law remedy or other statutory remedy available to Plaintiff against Samsung

27  SDI.

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-0715-3904.1

9

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1    **THIRTEENTH AFFIRMATIVE DEFENSE**

2    (Failure to Mitigate)

3        13.    Samsung SDI is informed and believes, and upon such information and belief

4    alleges that, Plaintiff has not been damaged.  However, to the extent Plaintiff proves otherwise,

5    Plaintiff has failed to take adequate steps to minimize, alter, reduce or otherwise diminish its

6    damages, if any, with respect to the matters alleged in the First Amended Complaint, and by

7    reason of the foregoing, Plaintiff is barred from the recovery of damages, or its damages should be

8    dismissed based on Plaintiff's failure to mitigate.

9    **FOURTEENTH AFFIRMATIVE DEFENSE**

10    (Unclean Hands)

11        14.    Samsung SDI is informed and believes, and upon such information and belief

12    alleges that, Plaintiff, by its own conduct, acts, and/or omissions, are barred by its unclean hands

13    and shared fault from recovering all legal and equitable relief requested in the First Amended

14    Complaint.

15    **FIFTEENTH AFFIRMATIVE DEFENSE**

16    (Fault of Third Parties)

17        15.    Samsung SDI is informed and believes, and upon such information and belief

18    alleges that, the injuries and damages of which Plaintiff complains about were proximately caused

19    by or contributed to by the acts of other persons, and/or other entities, over whom Samsung SDI

20    has neither control nor right of control, and said acts were an intervening and superseding cause of

21    the injuries and damages, if any actually or conceivably exist, of which Plaintiff complains about.

22    This bars Plaintiff from recovering anything against Samsung SDI.

23    **SIXTEENTH AFFIRMATIVE DEFENSE**

24    (Comparative Negligence of Plaintiff)

25        16.    Samsung SDI is informed and believes, and upon such information and belief

26    alleges that, at all times and places set forth in the First Amended Complaint, Plaintiff failed to

27    exercise ordinary care on his own behalf, which negligence and carelessness was a proximate

28    cause of some portion, up to and including the whole thereof, of the injuries and damages

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   complained of in this action.  Plaintiff's recovery against Samsung SDI, if any, is completely

2   barred or is reduced according to principles of comparative fault.

3                          **SEVENTEENTH AFFIRMATIVE DEFENSE**

4                              (Comparative Fault and Apportionment)

5          17.    Samsung SDI is informed and believes, and upon such information and belief

6   alleges that, at all times and places set forth in the First Amended Complaint, named defendants,

7   fictitious co-defendants, other third parties, and/or Plaintiff failed to exercise ordinary care on his

8   own behalf, which negligence and carelessness was a proximate cause of some portion, up to and

9   including the whole thereof, of the injuries and damages complained of by Plaintiff in this action.

10  The fault, if any, of Samsung SDI should be compared with the fault of the other co-defendants,

11  parties, or third parties, and the damages, if any, should be apportioned among all responsible

12  parties in direct relation to each responsible party's comparative fault.  Samsung SDI should be

13  obligated to pay only such damages, if any, which are directly attributable to its percentage of

14  comparative fault.

15                          **EIGHTEENTH AFFIRMATIVE DEFENSE**

16                                      (Bulk Seller)

17         18.    If Samsung SDI provided a product alleged to have been defective, as stated in the

18  First Amended Complaint, Samsung SDI sold and/or distributed such product in bulk to

19  distributors or other intermediaries and provided adequate warnings regarding the proper use of

20  the product, and that said distributors or other intermediaries packaged, repackaged, labeled,

21  marketed, and oversaw the use of the products exclusively based on their own manufacturing

22  processes.

23                          **NINETEENTH AFFIRMATIVE DEFENSE**

24                                  (Product not Defective)

25         19.    Any product sold or supplied by Samsung SDI as alleged in the First Amended

26  Complaint was not defective.

27  / / /

28  / / /



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-0715-3904.1

11

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1

**TWENTIETH AFFIRMATIVE DEFENSE**

2

(Product Complied with Applicable Law)

3      20.      If Plaintiff sustained any injury or damage by reason of any product specified in the

4    First Amended Complaint, Samsung SDI alleges, on information and belief, that the product

5    complied with applicable state, federal, local, and regulatory law in connection with the

6    formulation, testing, use, marketing, and distribution of the product.  Accordingly, Plaintiff's First

7    Amended Complaint is preempted and barred by other applicable law, including, without

8    limitation, the Supremacy Clause of the United States Constitution.  Furthermore, conformity with

9    the applicable state, federal, local and regulatory law raises a rebuttable presumption that the

10   products identified in the First Amended Complaint and that are attributable to Samsung SDI were

11   not in a defective or unreasonably dangerous condition.  Samsung SDI cannot be held liable for

12   any type of conduct or behavior that is in accordance with government-defined standards.

13

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

14

(Discharge)

15      21.      Any purported obligation alleged in the First Amended Complaint which Samsung

16   SDI may have owed to Plaintiff has been discharged and/or extinguished.

17

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

18

(Contribution and Indemnification)

19      22.      Samsung SDI is informed and believes, and upon such information and belief

20   alleges that, Samsung SDI is entitled to a right of indemnification by apportionment and to a right

21   of contribution from any person or entity whose act, conduct, or omission proximately contributed

22   to the happening of the alleged injuries of Plaintiff as expressed in the First Amended Complaint.

23

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

24

(Intervening Cause)

25      23.      Samsung SDI is informed and believes, and upon such information and belief

26   alleges that, if, in fact, Plaintiff was damaged in any manner whatsoever, that said damage was a

27   direct and proximate result of intervening and superseding actions and causes on the part of other

28   persons or entities, or acts of God, and not of Samsung SDI, and that such intervening and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-0715-3904.1

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1  superseding actions and causes entirely bar, or reduce Plaintiff's attempted recovery from

2  Samsung SDI.

3  **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

4  (Release of Claims/Set-Off)

5  24.    Samsung SDI is informed and believes, and upon such information and belief

6  alleges that, Plaintiff has released, settled, entered into an accord and satisfaction or otherwise

7  compromised his claims herein, and accordingly, said claims are barred by operation of law;

8  alternatively, Plaintiff has accepted compensation as partial settlement of those claims for which

9  Samsung SDI is entitled to a set-off.

10  **TWENTY-FIFTH AFFIRMATIVE DEFENSE**

11  (Adequate Warnings)

12  25.    Samsung SDI is informed and believes, and upon such information and belief

13  alleges that, Samsung SDI provided the products alleged to have been defective, and without

14  admitting that any such product was dangerous or defective, and without assuming the burden of

15  proof on the following points, Samsung SDI provided such products with images, labels,

16  instructions, safety data, specifications, and warnings adequate to notify individuals, including

17  Plaintiff, about any potential hazards and dangers, if any, associated with the use of such products,

18  as were known and generally recognized by the scientific community, medical community, and/or

19  the industry at the time Samsung SDI allegedly sold or supplied such products.

20  **TWENTY-SIXTH AFFIRMATIVE DEFENSE**

21  (Not Samsung SDI's Product)

22  26.    Samsung SDI is informed and believes, and upon such information and belief

23  alleges that, Samsung SDI did not design, manufacture, sell, market, or distribute the product or

24  products that caused Plaintiff's injuries as alleged in the First Amended Complaint.

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

2

(Benefits Exceed Risks)

3       27.     Samsung SDI is informed and believes, and upon such information and belief

4   alleges that, although the products attributed to Samsung SDI as alleged in the First Amended

5   Complaint were not defective, if the trier-of-fact determines that a risk is inherent in the design of

6   the products attributed to Samsung SDI as alleged in the First Amended Complaint, then the risk is

7   outweighed by the benefits of the design of the products.

8

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

9

(State of the Art)

10      28.     If Plaintiff sustained any injury or damage by the specific products alleged in the

11  First Amended Complaint that are attributable to Samsung SDI, then Samsung SDI did not breach

12  any duty to the Plaintiff because the products, when manufactured and distributed, conformed to

13  the state of the art, and because the then-current medical, scientific and industrial knowledge, art,

14  and practice were such that Samsung SDI did not know and could not know that the products

15  might pose a risk of harm, if any, in normal, intended, or foreseeable use of the products.

16

### TWENTY-NINTH AFFIRMATIVE DEFENSE

17

(Subsequent Alteration/Modification)

18      29.     Samsung SDI is informed and believes, and upon such information and belief

19  alleges that, if a defective product caused injury to the Plaintiff, as alleged by Plaintiff, the defect

20  resulted from alteration and/or modification of the product after it left Samsung SDI's possession

21  and/or from acts or omissions of Plaintiff and/or individuals or business entities other than

22  Samsung SDI, following which Samsung SDI had no nexus to the product and accordingly,

23  Plaintiff is barred from any recovery against Samsung SDI by virtue of the Doctrine of Subsequent

24  Alteration of the Product.

25

### THIRTIETH AFFIRMATIVE DEFENSE

26

(No Punitive/Exemplary Damages)

27      30.     Under the applicable law and the facts of this case, Plaintiff is not entitled to

28  recover punitive/exemplary damages from Samsung SDI because there is no evidence that

4822-0715-3904.1

**14**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  Samsung SDI is guilty of oppression, malice, or fraud.  Moreover, punitive/exemplary damages

2  such as those claimed by Plaintiff are unconstitutional under the California Constitution and the

3  United States Constitution.

4  **THIRTY-FIRST AFFIRMATIVE DEFENSE**

5  (Not Entitled to Attorneys' Fees)

6  31.    The First Amended Complaint, and each cause of action contained therein, fails to

7  allege any facts or any legal theory sufficient to entitle Plaintiff to recover attorneys' fees in this

8  action from Samsung SDI.

9  **THIRTY-SECOND AFFIRMATIVE DEFENSE**

10  (Not a Substantial Factor)

11  32.    Samsung SDI is informed and believes, and upon such information and belief

12  alleges that, the First Amended Complaint and each cause of action stated therein are barred on the

13  grounds that the conduct of Samsung SDI as referenced in Plaintiff's First Amended Complaint, if

14  any, was not a substantial factor in bringing about the injuries and damages complained of by

15  Plaintiff, and did not increase the risk that Plaintiff would suffer the injuries and damages

16  complained of.

17  **THIRTY-THIRD AFFIRMATIVE DEFENSE**

18  (No Causation)

19  33.    Samsung SDI is informed and believes, and upon such information and belief

20  alleges that, there is no causal relationship between any injuries or damages allegedly sustained by

21  Plaintiff and any wrongful act or omission of Samsung SDI that is stated in the First Amended

22  Complaint.

23  **THIRTY-FOURTH AFFIRMATIVE DEFENSE**

24  (Knowledge of Plaintiff)

25  34.    Samsung SDI is informed and believes, and upon such information and belief

26  alleges that, Plaintiff had full knowledge of Samsung SDI's alleged conduct at the time and

27  nevertheless intentionally chose to ratify and/or affirm those acts in spite of the alleged torts or

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  other impropriety, and thereby Plaintiff is entirely barred from bringing this action against

2  Samsung SDI.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

(No Damages)

35.    Samsung SDI is informed and believes, and upon such information and belief

alleges that, all causes of action expressed in Plaintiff's First Amended Complaint against

Samsung SDI fail as a matter of law because Plaintiff has not, and could not have, suffered any

type of cognizable damages recognized under the law as recoverable, and thereby Plaintiff's entire

action as to Samsung SDI should be dismissed.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

(No Duty)

36.    Samsung SDI is informed and believes, and upon such information and belief

alleges that, Samsung SDI does not owe a legal duty to Plaintiff, which necessarily precludes

Plaintiff from maintaining any of the causes of action expressed in the First Amended Complaint

against Samsung SDI.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

(No Basis for Allegations)

37.    Samsung SDI is informed and believes, and upon such information and belief

alleges that, Plaintiff knows, or has reason to know, that some or all of its allegations are without

basis in fact or law, and represent a veiled effort to contrive a settlement of non-meritorious

claims.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

(Not Responsible For Acts of Fictitious Defendants)

38.    Samsung SDI is not legally responsible for the acts, conduct, and/or omissions of

those fictitiously named defendants identified in the First Amended Complaint.

/ / /

/ / /

/ / /

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    **THIRTY-NINTH AFFIRMATIVE DEFENSE**

2    (Misuse by Plaintiff)

3        39.        Any damages and injuries sustained by Plaintiff were caused or contributed to by

4    the unforeseeable and/or unreasonable misuse, abuse or abnormal use of the products specified in

5    the First Amended Complaint by Plaintiff.

6    **FORTIETH AFFIRMATIVE DEFENSE**

7    (Sophisticated Intermediary/Purchaser Defense)

8        40.        Samsung SDI is informed and believes, and upon such information and belief

9    alleges that, if Plaintiff sustained any injury or damage by a product specified in the First

10    Amended Complaint, the product was intended for and sold to an individual and/or entity that are

11    knowledgeable and a sophisticated intermediary/purchaser over whom Samsung SDI had no

12    control, or right of control, and who was fully informed as to the risks and dangers, if any,

13    associated with the product, and the precautions, if any, required to avoid risks and dangers.

14    Accordingly, Samsung SDI had no duty to warn the knowledgeable and sophisticated

15    intermediary/purchaser of the risks and dangers, if any, associated with the product, and whatever

16    injury or damage, if any, Plaintiff sustained was proximately caused by the failure of the

17    knowledgeable and sophisticated intermediary/purchaser to use the product for the purpose for

18    which, and in the manner for which, it was intended to be used, and to adequately warn and

19    instruct Plaintiff concerning the product and the dangers and risks, if any, associated with the

20    product.

21    **FORTY-FIRST AFFIRMATIVE DEFENSE**

22    (Sophisticated User Defense)

23        41.        Samsung SDI is informed and believes, and upon such information and belief

24    alleges that, if Plaintiff sustained any injury or damage by a product specified in the First

25    Amended Complaint, then Plaintiff was a sophisticated user of the product and its claims against

26    Samsung SDI are barred based on the application of the Sophisticated User Defense.

27    / / /

28    / / /



DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

## **FORTY-SECOND AFFIRMATIVE DEFENSE**

### (Raw Material Supplier Defense)

42.     Samsung SDI is informed and believes, and upon such information and belief alleges that, Samsung SDI cannot be held liable to Plaintiff under any of the causes of action stated in the First Amended Complaint pursuant to the raw material supplier defense because the products that Samsung SDI allegedly sold were (1) raw materials that are not inherently dangerous; (2) the individual and/or entity that purchased the products allegedly sold by Samsung SDI is sophisticated and aware of the possible hazards of using the raw materials; (3) the raw materials that Samsung SDI allegedly sold were purchased in bulk and substantially changed or processed; and (4) Samsung SDI was not involved in designing or developing the finished products that incorporated the raw materials based on the manufacturing process exclusively created and controlled by others.

## **FORTY-THIRD AFFIRMATIVE DEFENSE**

### (No Liability Under A Failure To Warn Theory)

43.     Samsung SDI is informed and believes, and upon such information and belief alleges that, Samsung SDI is not liable to Plaintiff under a failure to warn theory because (1) the products allegedly sold by Samsung SDI were accompanied by proper directions, instructions, and warnings and/or (2) Plaintiff and/or the purchaser, by training, experience, and instruction, is familiar with the risks inherent in the use of the products.

## **FORTY-FOURTH AFFIRMATIVE DEFENSE**

### (Failure To Read The Warnings)

44.     Samsung SDI is informed and believes, and upon such information and belief alleges that, Samsung SDI is not liable to Plaintiff under a failure to warn theory because Plaintiff failed to read or rely on the warnings that accompanied the products that Samsung SDI allegedly sold.

/ / /

/ / /

/ / /



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1                                     **FORTY-FIFTH AFFIRMATIVE DEFENSE**

2                                     (No Liability For Defective Design)

3         45.     Samsung SDI is informed and believes, and upon such information and belief

4 alleges that, Samsung SDI is not liable to Plaintiff under a design defect theory because the

5 consumer expectation test is inapplicable and no safer alternative designs exist for the products

6 that Samsung SDI allegedly sold.

7                                     **FORTY-SIXTH AFFIRMATIVE DEFENSE**

8                                     (Failure To Maintain)

9         46.     Samsung SDI is informed and believes, and upon such information and belief

10 alleges that, to the extent that Plaintiff and/or other persons or parties failed to observe routine care

11 or maintenance of the product or components thereof herein alleged to have been manufactured,

12 designed, assembled, produced, inspected, tested, sold, supplied, or otherwise distributed by

13 Samsung SDI after said product left Samsung SDI's control, and to the extent that said conduct on

14 the part of Plaintiff and/or other persons or parties caused the losses, such conduct bars or

15 diminishes Plaintiff's damages recoverable in this action, if any.

16                                   **FORTY-SEVENTH AFFIRMATIVE DEFENSE**

17                                   (Chain of Distribution)

18         47.     Samsung SDI is informed and believes, and upon such information and belief

19 alleges that, Samsung SDI did not manufacture, design, and/or sell the products alleged in the First

20 Amended Complaint, and thereby Samsung SDI is outside the chain of distribution and is

21 precluded from being liable to Plaintiff.

22                                   **FORTY-EIGHTH AFFIRMATIVE DEFENSE**

23                                   (Misjoinder)

24         48.     Samsung SDI is informed and believes, and upon such information and belief

25 alleges that, there is a defect or misjoinder of parties pursuant to California Civil Procedure Code

26 section 430.10(d). Specifically, Plaintiff failed to join all parties necessary for final determination

27 of the action.

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-0715-3904.1                       19

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1

### FORTY-NINTH AFFIRMATIVE DEFENSE

2

(Preemption)

3    49.    Samsung SDI is informed and believes, and upon such information and belief
4    alleges that, Plaintiff's claims and/or causes of action are barred, in whole or in part, by the
5    doctrine of preemption.

6

### FIFTIETH AFFIRMATIVE DEFENSE

7

(Failure to Join Indispensable Parties)

8    50.    Samsung SDI is informed and believes, and upon such information and belief
9    alleges that, this action should be dismissed pursuant to Rule 19 of the Federal Rules of Civil
10    Procedure because Plaintiff has failed to join one or more indispensable parties necessary for the
11    final determination of this action.

12

### FIFTY-FIRST AFFIRMATIVE DEFENSE

13

(Plaintiff Is Not The Real Party In Interest)

14    51.    Samsung SDI is informed and believes, and upon such information and belief
15    alleges that, this action should be dismissed pursuant to Rule 17 of the Federal Rules of Civil
16    Procedure because Plaintiff is not the real party in interest.

17

### FIFTY-SECOND AFFIRMATIVE DEFENSE

18

(Voluntary Payments)

19    52.    Samsung SDI is informed and believes, and upon such information and belief
20    alleges that, Plaintiff is barred from seeking as damages, reimbursement, or indemnification the
21    amounts sought in the First Amended Complaint because all alleged amounts were incurred and/or
22    paid voluntarily by Plaintiff when Plaintiff had no legal obligation to do so.

23

### FIFTY-THIRD AFFIRMATIVE DEFENSE

24

(Prior Reimbursement or Indemnification)

25    53.    Samsung SDI is informed and believes, and upon such information and belief
26    alleges that, Plaintiff is barred from seeking as damages, reimbursement, or indemnification the
27    amounts sought in the First Amended Complaint to the extent Plaintiff has already been

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-0715-3904.1

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1  reimbursed or indemnified for such amounts by a third party and/or to the extent such third party

2  paid such amounts directly.

3  **FIFTY-FOURTH AFFIRMATIVE DEFENSE**

4  (Amounts Paid by Others)

5  54.   Samsung SDI is informed and believes, and upon such information and belief

6  alleges that, Plaintiff is barred from seeking as damages, reimbursement, or indemnification the

7  amounts sought in the First Amended Complaint to the extent those amounts were paid by a third

8  party and not by Plaintiff.

9  **FIFTY-FIFTH AFFIRMATIVE DEFENSE**

10  (Unreasonable Amounts)

11  55.   Samsung SDI is informed and believes, and upon such information and belief

12  alleges that, Plaintiff is barred from seeking as damages, reimbursement, or indemnification the

13  amounts sought in the First Amended Complaint because those amounts, and each of them, are

14  unreasonable and not recoverable against Samsung SDI.

15  **FIFTY-SIXTH AFFIRMATIVE DEFENSE**

16  (Reservation of Rights)

17  56.   Samsung SDI presently has insufficient knowledge or information upon which to

18  form a belief as to whether it may have any additional affirmative defenses that are currently

19  unknown.  Samsung SDI reserves the right to assert additional affirmative defenses that may

20  become subsequently applicable and appropriate.

21  WHEREFORE, having fully answered Plaintiff's First Amended Complaint herein,

22  Samsung SDI prays for judgment as follows:

23  1.   That Plaintiff takes nothing pursuant to the First Amended Complaint;

24  2.   That Judgment be entered in favor of Samsung SDI;

25  3.   That Samsung SDI be awarded its costs of suit herein;

26  / / /

27  / / /

28  / / /


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4822-0715-3904.1

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

1      4.       That Samsung SDI be awarded its attorneys' fees incurred to successfully defend

2 this action where recoverable by contract, statute, or law; and

3      5.       For such other and further relief as this Court may deem just and proper.

4

5 DATED:  June 30, 2021              LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7                           By:      /s/ Zahed Amin

8                               ZAHED AMIN

9                               ALEC M. RISHWAIN
                              Attorneys for Defendant SAMSUNG SDI CO.,

10                               LTD.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4822-0715-3904.1

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

**FEDERAL COURT PROOF OF SERVICE**
Northfield Insurance Company, an Iowa Corporation v.
Milwaukee Electric Tool Corporation, et al.
Case No. 2:20-cv-01505-MCE-DMC

2

3

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

4

5          At the time of service, I was over 18 years of age and not a party to the action.  My
business address is 550 West C Street, Suite 1700, San Diego, CA 92101.  I am employed in the
6   office of a member of the bar of this Court at whose direction the service was made.

7          On June 30, 2021, I served the following document(s):  **DEFENDANT SAMSUNG SDI
CO., LTD.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR
8   DAMAGES; DEMAND FOR JURY TRIAL**

9          I served the documents on the following persons at the following addresses (including fax
numbers and e-mail addresses, if applicable):

10

11  Susan E. Kirkgaard, Esq.                     Arthur J. Casey, Esq.
LAW OFFICES OF JOHN A. BIARD          CASEY LAW GROUP
P.O. Box 64093                                16450 Los Gatos Blvd., Suite 110
12  St. Paul, MN  55164-0093                      Los Gatos, CA 95032
*Physical Address:*                           Tel.:  (408) 660-3102
13  11070 White rock Rd., Ste. 200                Fax:  (408) 660-3105
Rancho Cordova, CA 95670                      E-mail:  acasey@caseylawsj.com
14  Tel.:  (916) 638-6610                         **Attorneys for Defendant** *MILWAUKEE*
Direct:  (916) 638-6579                       *ELECTRIC TOOL CORPORATION*
15  Fax: (855) 631-5920
E-mail:  skirkgaa@travelers.com
16  **Attorneys for Plaintiff** *NORTHFIELD
INSURANCE COMPANY*

17          The documents were served by the following means:

18

19  ☒     (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the
documents with the Clerk of the Court using the CM/ECF system, which sent notification
of that filing to the persons listed above.

20

21          I declare under penalty of perjury under the laws of the United States of America and the
State of California that the foregoing is true and correct.

22          Executed on June 30, 2021, at Spring Valley, California.

23

24                                            _____
VICKI M. SIMPSON
25

26

27

28

DEFENDANT SAMSUNG SDI CO., LTD.'S ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES