Susan E. Kirkgaard, SBN: 134915
LAW OFFICES OF JOHN A. BIARD
P.O. Box 64093
St. Paul, Minnesota 55164-0093
<u>Physical Address:</u>
11070 White Rock Road, Ste. 200
Rancho Cordova, CA 95670
Telephone:    916-638-6610
Direct:              916-638-6579
Facsimile:       855-631-5920
EMAIL:            skirkgaa@travelers.com
Attorneys for Plaintiff, NORTHFIELD INSURANCE COMPANY

Arthur Casey
Ford, Walker, Haggerty & Behar
16450 Los Gatos Boulevard, Suite 110
Los Gatos, CA 95032
Telephone : (408) 660-3153
EM:  acasey@FWHB.com
Attorneys for Defendant, MILWAUKEE ELECTRIC TOOL CORPORATION a wholly owned subsidiary of TECHTRONIC INDUSTRIES CO. LTD

Zahed Amin
Lewis Brisbois Bisgaard & Smith, LLP
550 West C Street, Suite 1700
San Diego, CA  92101
Telephone:  (619) 233-1006
EM:  Zahed.Amin@lewisbrisbois.com
Attorneys for Defendant, SAMSUNG SDI CO., LTD. aka SAMSUNG SDI

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa Corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION, a Delaware Corporation, TTI, Inc. ,  a wholly owned subsidiary of BERKSHIRE et al.<br><br>              Defendants. | Case No.:  2:20-cv-01505-MCE-DMC<br><br>**ORDER OF DISMISSAL**<br><br><br>Complaint Filed:  July 27, 2020<br>First Amended Complaint Filed:  October 26, 2020<br>Pretrial Conference:  None Assigned<br>Trial:  None Assigned |

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT this action is DISMISSED with prejudice as to all claims, causes of action, and parties.  Each party shall bear their own attorney's fees and costs, and the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  August 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE